IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 21-cv-1814-WJM-MDB

ADVANCED EXTERIORS, INC.,

    Plaintiff,

v.

LIBERTY MUTUAL GROUP, INC.,
LIBERTY MUTUAL HOLDING COMPANY, INC.,
LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY MUTUAL PERSONAL INSURANCE COMPANY,
LIBERTY INSURANCE CORPORATION, and
LM INSURANCE CORPORATION,

    Defendants.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On August 29, 2022, the Court issued its Amended Order Granting Defendants' Motion to Dismiss Without Prejudice for lack of subject matter jurisdiction ("Amended Order"). (ECF No. 62.) In the Amended Order, the Court dismissed Plaintiff's First Amended Complaint without prejudice and granted Plaintiff leave to file a Second Amended Complaint curing the pleading defects explained in the Amended Order no later than September 19, 2022. (*Id.*)

Plaintiff did not file a Second Amended Complaint or request an extension of time in which to do so. In fact, there has been no activity in this case since the Court issued its Amended Order.

Therefore, the Court ORDERS:

    1.    This action is DISMISSED WITHOUT PREJUDICE for lack of subject

matter jurisdiction;

2. The Clerk of Court is DIRECTED to enter judgment;

3. Defendants shall have their costs, if any, upon compliance with D.C.COLO.LCivR 54.1; and

3. The Clerk of Court is DIRECTED to terminate this case.

Dated this 31st day of October, 2022.

BY THE COURT:

William J. Martínez
United States District Judge